IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| 2:19-cv-2477 | 2:21-cv-1800 | 2:21-cv-5031 |
| 2:20-cv-2523 | 2:21-cv-2088 | 2:21-cv-5092 |
| 2:20-cv-4812 | 2:21-cv-2187 | 2:21-cv-5295 |
| 2:20-cv-5276 | 2:21-cv-3851 | 2:21-cv-5353 |
| 2:20-cv-5867 | 2:21-cv-3898 | 2:21-cv-5470 |
| 2:20-cv-5935 | 2:21-cv-3980 | 2:21-cv-5640 |
| 2:20-cv-6004 | 2:21-cv-4003 | 2:22-cv-0406 |
| 2:20-cv-6459 | 2:21-cv-4077 | 2:22-cv-0912 |
| 2:21-cv-0044 | 2:21-cv-4134 | |
| 2:21-cv-0533 | 2:21-cv-4291 | |
| 2:21-cv-0626 | 2:21-cv-4558 | |
| 2:21-cv-1134 | 2:21-cv-4833 | |
| 2:21-cv-1410 | 2:21-cv-4859 | |

## NOTICE

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **May 2022**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on March 31, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio